IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Anthonee Patterson                            :
                                              :
                v.                            :   No. 439 C.D. 2018
                                              :
Kenneth Shelton,                              :
                        Appellant             :

# **O R D E R**

NOW, June 14, 2019, having considered appellant's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge